# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RONALD J. PANNOZZI, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>v.<br><br>DELOITTE CONSULTING, LLP,<br><br>                Defendant. | Civil Action No. 1:24-cv-00524<br><br>(Consolidated with:<br>1:24-cv-00526-MRD-LDA;<br>1:24-cv-00527-MRD-LDA;<br>1:24-cv-00554-MRD-LDA;<br>1:25-cv-00010-MRD-LDA; and<br>1:25-cv-00023-MRD-LDA) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Charles G. Spalding, Jr. hereby withdraws his appearance on behalf of Defendant Deloitte Consulting, LLP ("Deloitte"). Deloitte will continue to be represented by King & Spalding LLP and Nixon Peabody LLP.

                Respectfully submitted,

                */s/ Charles G. Spalding, Jr.*
                Julia Barrett Bates (*Pro Hac Vice*)
                Phyllis B. Sumner (*Pro Hac Vice*)
                Elizabeth D. Adler (*Pro Hac Vice*)
                Charles G. Spalding, Jr. (*Pro Hac Vice*)
                **KING & SPALDING LLP**
                1180 Peachtree Street, N.E.
                Suite 1600
                Atlanta, GA 30309
                Tel:    (404) 572-4600
                Fax:   (404) 572-5140

Dated: July 30, 2025        Email:  jbates@kslaw.com
                                   psumner@kslaw.com
                                   eadler@kslaw.com
                                   cspalding@kslaw.com

4929-5649-1865.1

                              */s/ Jeffrey S. Brenner*
                              Jeffrey S. Brenner (#4369)
                              Erik C. Lindstedt (#10522)
                              **NIXON PEABODY LLP**
                              One Citizens Plaza, 5th Floor
                              Providence, RI  02903
                              Tel:     (401) 454-1042
                              Fax:    (866) 947-0883
                              Email:  jbrenner@nixonpeabody.com
                                             elindstedt@nixonpeabody.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of July, 2025, an exact copy of the within Notice of Withdrawal was electronically filed with the Electronic Case Filing system of the United States District Court for the District of Rhode Island and served upon counsel electronically through the Court's CM/ECF system.

                              */s/Jeffrey S. Brenner*
                              Jeffrey S. Brenner (#4369)

4929-5649-1865.1